# EXHIBIT A

# California
*Secretary of State*

**Business**  UCC

[Login]

Home

Search

Forms

Help

## Business Search

▼ The California Business Search provides access to available information for **corporations, limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

### Basic Search

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations).

**ISA PLUS LLC (202115210228)**


Request Certificate

| | |
|---|---|
| Initial Filing Date | 05/28/2021 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Limited Liability Company - Out of State |
| Principal Address | 6610 LAVANDULA COURT SAN DIEGO, CA 92130 |
| Mailing Address | 6610 LAVANDULA COURT SAN DIEGO,CA92130 |
| Statement of Info Due Date | 05/31/2025 |
| Agent | 1505 Corporation CALIFORNIA CORPORATE AGENTS, INC. |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | CHRIS JOHNSON 2108 N ST STE C, SACRAMENTO, CA |


View History


Request Access

# EXHIBIT B

EXHIBIT B

**California**
*Secretary of State*

**Business**    UCC

Login

Home

# Business Search

Search

Forms



▼ The California Business Search provides access to available information for **corporations, limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name

STRATEGIC EDUCATION LOAN FUND, LLC (201116010150)

Request Certificate

| | |
|---|---|
| Initial Filing Date | 05/26/2011 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Limited Liability Company - Out of State |
| Principal Address | 6610 LAVANDULA CT SAN DIEGO, CA 92130 |
| Mailing Address | 6610 LAVANDULA CT SAN DIEGO, CA 92130 |
| Statement of Info Due Date | 05/31/2023 |
| Agent | Individual JEFFREY L BERNSTEIN 6610 LAVANDULA CT SAN DIEGO, CA 92130 |


View History


Request Access

# EXHIBIT C

EXHIBIT C

Civil Action No.    **4:24-CV-05775-JD-TER**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Jeffrey Bernstein / ISA Plus, LLC / Strategic Education Loan Fund, LLC
was recieved by me on  **10/18/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **No contact** after attempting service at **6610 Lavandula Ct, San Diego, CA 92130**; or

☐   Other *(specify)*


My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:  10/23/2024

*Server's signature*

**Russell Livingston**
*Printed name and title*

**316 W 2nd St.
3rd Floor
Los Angeles, CA 90012**

*Server's address*

Additional information regarding attempted service, etc:

**10/18/2024 5:18 PM:** There was no answer at the address. The house was dark and quiet inside, and there was no answer at the door. There were no cars in the driveway.
**10/20/2024 5:20 PM:** There was no answer at the address. The house was dark and quiet inside, and there was no answer at the door. There were no cars in the driveway. There was no answer at the neighbors door.
**10/21/2024 7:37 AM:** I spoke with an individual who identified themselves as the resident and they stated subject resides but not available at this time. A female in her 50s stated that the subject is unavailable.
**10/22/2024 3:08 PM:** There was no answer at the address. The house was dark and quiet inside, and there was no answer at the door.
**10/22/2024 6:18 PM:** There was no answer at the address. The house was dark and quiet inside, and there was no




Tracking #: 0146730236

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.    4:24-CV-05775-JD-TER

answer at the door. There were no cars in the driveway.
10/23/2024 7:00 AM: There was no answer at the address.  The house was dark and quiet inside, and there was no answer at the door. There were no cars in the driveway.





Tracking #: 0146730236