# EXHIBIT 1



# EXHIBIT 2


**UNITED STATES**
**POSTAL SERVICE**

November 29, 2024

Dear Joshua Jordan:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1311 8617 83**.

| Item Details | |
|---|---|
| **Status:** | We regret to inform you that we were unable to locate any delivery information in our records for your item. |
| **Status Date / Time:** | N/A |
| **Location:** | N/A |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 13.0oz |

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT 3

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove X

**Tracking Number:**

## 9589071052701311861783

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

We attempted to deliver your item at 3:20 pm on November 27, 2024 in SAN DIEGO, CA 92130 and a notice was left because an authorized recipient was not available.

## Get More Out of USPS Tracking:

**USPS Tracking Plus®**

**Delivery Attempt**
● **Notice Left (No Authorized Recipient Available)**
SAN DIEGO, CA 92130
November 27, 2024, 3:20 pm

● **Redelivery Scheduled**
SAN DIEGO, CA 92130
November 18, 2024

● **Notice Left (No Authorized Recipient Available)**
SAN DIEGO, CA 92130
November 16, 2024, 2:03 pm

● **Out for Delivery**
SAN DIEGO, CA 92130
November 16, 2024, 7:49 am

● **Arrived at Post Office**
SAN DIEGO, CA 92129
November 16, 2024, 7:38 am

● **Arrived at USPS Facility**
SAN DIEGO, CA 92130
November 16, 2024, 7:07 am

● **Arrived at USPS Facility**

Feedback

November 16, 2024, 6:49 am

**Departed USPS Regional Facility**

SAN DIEGO CA DISTRIBUTION CENTER
November 16, 2024, 6:35 am

**Arrived at USPS Regional Destination Facility**

SAN DIEGO CA DISTRIBUTION CENTER
November 16, 2024, 2:16 am

**In Transit to Next Facility**

November 15, 2024

**Arrived at USPS Regional Origin Facility**

COLUMBIA SC PROCESSING CENTER
November 14, 2024, 10:32 pm

**Departed Post Office**

FLORENCE, SC 29501
November 14, 2024, 5:16 pm

**USPS in possession of item**

FLORENCE, SC 29501
November 14, 2024, 4:28 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**          ⌄

---

**Return Receipt Electronic**     ⌄

---

**USPS Tracking Plus®**           ⌄

---

**Product Information**           ⌄